UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE GESWALDO and RACHEL GESWALDO,

                Plaintiffs,

-against-

MARK S. GOTTLIEB, CPA, and
MARK S. GOTTLIEB, PC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/24/2024

24 Civ. 2543 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the proposed case management plan filed on June 21, 2024. ECF No. 16. The Court shall not endorse the plan in its current form. The parties have not completed Paragraph 10, which requires them to propose a mechanism and timing for alternative dispute resolution.

        Accordingly, by **July 3, 2024**, the parties shall submit a revised proposed case management plan.

        SO ORDERED.

Dated: June 24, 2024
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge