USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/08/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE GESWALDO and RACHEL GESWALDO,

                Plaintiffs,

-against-

MARK S. GOTTLIEB, CPA, and
MARK S. GOTTLIEB, PC,

                Defendants.

24 Civ. 2543 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated June 24, 2024, the Court ordered the parties to submit a revised proposed case management plan by July 3, 2024. ECF No. 18. That deadline has passed and the Court has received no submissions. Accordingly, the parties shall submit their revised proposed case management plan by **July 15, 2024.**

      SO ORDERED.

Dated: July 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge