```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
CHRISTINE GESWALDO and RACHEL GESWALDO,

                    Plaintiffs,

-against-

MARK S. GOTTLIEB, CPA, and
MARK S. GOTTLIEB, PC,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2024

24 Civ. 2543 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 5, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge