UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rachel Geswaldo, et al.,

                Plaintiffs,

-against-

Mark S. Gottlieb, CPA, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2024

1:24-cv-02543 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

      In connection the pending motion by Mark S. Gottlieb, CPA and Mark S. Gottlieb, PC (collectively, the "Defendants"), seeking dismissal of the claims asserted against them by Plaintiffs Christine Geswaldo and Rachel Geswaldo (collectively, the "Plaintiffs"), Plaintiffs' counsel in his October 15, 2024 supplemental submission raised the point that "the New Jersey State court proceedings are incomplete." (*See* ECF No. 40-1 at PDF p. 5.) Today, the Superior Court of New Jersey Appellate Division in *Geswaldo v. Geswaldo*, Docket No. A-3540-21, issued an Opinion affirming the June 29, 2022 Decision and Order by Judge DeLuca, a copy of which Opinion is annexed as Exhibit A. No later than November 6, 2024, each of Plaintiffs and Defendants shall file a letter to the ECF docket not to exceed five single-spaced pages, addressing how, if at all, the Opinion affects the viability of Plaintiffs' claims. **SO ORDERED.**

Dated:     New York, New York
             October 30, 2024

                                                _____
                                                **STEWART D. AARON**
                                                **United States Magistrate Judge**