# KIMM  LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/2025

333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
Tel 201-569-2880
Fax 201-569-2881

**PLEASE REPLY TO
ENGLEWOOD CLIFFS**

Fax 201-569-2881

Writer's email: msk@kimmlaw.com

January 27, 2025

By ECF

Stewart D. Aaron, U.S.M.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Application GRANTED. The deadline for Plaintiff to file a motion
for reconsideration is extended until February 4, 2025.
SO ORDERED.
Dated: January 28, 2025

Re: Geswaldo v Gottlieb, 1:24-cv-2543-AT

Dear Judge Aaron:

Plaintiff writes to request a one-week extension to file a motion for reconsideration of the Magistrate Judge's Report & Recommendation filed January 15, 2025, due to my current injury-related disability.

The motion would otherwise be due tomorrow.  Opposing counsel consent.  This is plaintiff's first application for extension for this proceeding.

Thank you for your consideration.

Respectfully,

/s/ Michael Kimm

Michael S. Kimm

cc:  All counsel by ECF