**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2025
```

Rachel Geswaldo, et al.,

                       Plaintiffs,

         -against-

Mark S. Gottlieb, CPA, et al.,

                   Defendants.

**1:24-cv-02543 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

On February 27, 2025, District Judge Torres adopted this Court's Report & Recommendation ("R&R") recommending that the Complaint be dismissed with leave to amend. (2/27/25 Op. & Order, ECF No. 58; *see also* 1/14/25 R&R, ECF No. 51.) Judge Torres's Order stated that Plaintiffs' amended complaint "must address the deficiencies articulated in the R&R and [the 2/27/25 Op. & Order] and "shall be accompanied by a redline or a description of the changes from the original complaint to the amended complaint, and a memorandum of law explaining how the amendments address the deficiencies described in the R&R and [the 2/27/25 Op. & Order]." (2/27/25 Op. & Order at 7.)

On April 7, 2025, Plaintiffs timely filed an Amended Complaint (*see* 3/31/25 Order, ECF No. 60 (granting extension of time)), but did not file the required redline or memorandum of law explaining how the amendments address the deficiencies described in the R&R and the 2/27/25 Op. & Order.

Accordingly, it is hereby ORDERED that Plaintiffs shall file the required redline and memorandum of law no later than April 11, 2025.

**SO ORDERED.**

Dated:     New York, New York
           April 8, 2025

_____
**STEWART D. AARON**
**United States Magistrate Judge**