UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2025_
```

CHRISTINE GESWALDO and RACHEL
GESWALDO,

                    Plaintiffs,

        -against-                                        24 Civ. 2543 (AT) (SDA)

MARK S. GOTTLIEB, CPA, and                              **ORDER ADOPTING**
MARK S. GOTTLIEB, PC,                                   **REPORT AND**
                                                        **RECOMMENDATION**
                    Defendants.

ANALISA TORRES, District Judge:

        Plaintiffs Christine and Rachel Geswaldo bring this action against Mark S. Gottlieb, CPA ("CPA Gottlieb") and Mark S. Gottlieb, PC, asserting claims for professional malpractice and breach of contract arising out of CPA Gottlieb's role as an expert witness for Plaintiffs in a 2020 action in New Jersey court. *See* Am. Compl. ¶¶ 52–65, ECF No. 65. Defendants moved to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6). *See* Mot., ECF No. 68; *see also* Opp., ECF No. 69; Reply, ECF No. 72-1.

        On October 21, 2025, the Honorable Stewart D. Aaron issued a Report and Recommendation ("R&R") recommending that Defendants' motion to dismiss be granted in part and denied in part. *See generally* R&R, ECF No. 73. Despite notification of the right to object to the R&R,[1] no objections were filed. *See* R&R at 19–20; Deadline Ext., ECF No. 77; Fed. R. Civ. P. 72(b)(2). Because no objections were made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Aaron's thorough and well-reasoned R&R.

        Accordingly, the Court ADOPTS Judge Aaron's R&R in its entirety. Specifically, the Court dismisses Plaintiffs' (1) professional malpractice claim seeking damages from the outcome of the 2020 New Jersey action and (2) breach of contract claim. *See* R&R at 19. Plaintiffs may proceed on their professional malpractice claim seeking damages for the $5,000 fee paid to CPA Gottlieb, subject to further briefing regarding whether that claim should proceed in this Court or in state court. *Id*.

        The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 68, 76.

        SO ORDERED.

Dated:  December 30, 2025
        New York, New York

                                                        _____
                                                        ANALISA TORRES
                                                        United States District Judge

---

[1] On November 10, 2025, six days after the original deadline for objections had passed, Plaintiffs' counsel requested a 60-day extension of time to object to the R&R. *See* Request, ECF No. 74; R&R at 19–20. The Court granted the request in part, extending Plaintiffs' deadline to submit objections to December 1, 2025. *See* ECF No. 77.